UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

ROSA M. WILLIAMS-HOPKINS, on behalf of
herself and those similarly situated,

    Plaintiff,

v.

EOS CCA, INC.;
U.S. ASSET MANAGEMENT INC.; and
JOHN DOES 1 to 10,

    Defendants.

Case No. 22-cv-6421

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendants, EOS CCA, Inc. (EOS) and US Asset Management, Inc. (USAM) (collectively Defendants), through undersigned counsel, hereby remove the above-captioned civil action from the Superior Court of New Jersey, Law Division, Hudson County, to the United States District Court for the District of New Jersey, Newark Division. The removal of this civil case is proper because:

1. EOS and USAM are named defendants in this civil action filed by plaintiff, Rosa M. Williams-Hopkins (plaintiff), in the Superior Court of New Jersey, Law Division, Hudson County, titled *Rosa M. Williams-Hopkins, on behalf of herself and those similarly situated v. EOS CCA, Inc.; US Asset Management, Inc.; and John Does 1 to 10*, Case No. HUD-L-3167-22 (hereinafter the "State Court Action").

2. Defendants remove this case on the basis of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, as plaintiff's complaint claims relief based on alleged practices in violation of federal law. Plaintiff also asserts claims under New Jersey's Consumer Fraud Act ("CFA"), N.J.S.A. § 56:8-1, for which plaintiff alleges she suffered an ascertainable loss.

3. Pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of Removal. EOS and USAM were served with plaintiff's complaint on October 3, 2022. This Notice of Removal is filed within 30 days of receipt of the complaint.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Superior Court of New Jersey, Law Division, Hudson County.

WHEREFORE, defendants, EOS CCA, Inc. and US Asset Management, Inc., hereby remove to this Court the State Court Action.

Dated: November 2, 2022                    Respectfully Submitted,

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ  08822-4938
Telephone No.: (908) 237-1660
Facsimile No.: (877) 334-0661
Email: aeasley@sessions.legal
*Counsel for Defendants,*
*EOS CCA, Inc. and US Asset Management, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of New Jersey, and served via CM/ECF and U.S. Mail upon the following:

Yongmoon Kim, Esq.
Kim Law Firm LLC
411 Hackensack Avenue, Suite 701
Hackensack, NJ  07601
Attorneys for Plaintiff

                                              */s/ Aaron R. Easley*
                                              Attorney