UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSA M. WILLIAMS-HOPKINS, *on behalf of herself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>EOS CCA, INC.;<br>U.S. ASSET MANAGEMENT INC.; and<br>JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:22-cv-06421-WJM-CLW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The undersigned, being counsel for all parties who have appeared in this action, represent the parties have amicably resolved this matter, and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action with prejudice as to her individual claims and without prejudice as to the claims of the putative class, and without costs.

KIM LAW FIRM LLC
Attorneys for Plaintiff

*s/Yongmoon Kim*
Yongmoon Kim

DATED: November 22, 2023

SESSIONS, ISRAEL & SHARTLE, LLC
Attorneys for Defendants EOS CCA, Inc.; and U.S. Asset Management, Inc.

*s/Aaron R. Easley*
Aaron R. Easley

DATED: November 22, 2023

SO ORDERED:

WILLIAM J. MARTINI, U.S.D.J.

DATED: 1/3/2024